## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| SUNDESA, LLC d/b/a THE BLENDERBOTTLE COMPANY, a Utah limited liability company, | : : : : : | |
| Plaintiff, | : : | Civil Action No. 2:20-02609 (WJM/MF) |
| v. | : : : | **DECLARATION OF NICOLE R. TOWNES SETTING FORTH** |
| TEJARAH INTERNATIONAL INC. d/b/a KITCHSMART, a New Jersey company, | : : : : | **REASONABLE ATTORNEYS' FEES AND COSTS FROM DEFENDANT** |
| Defendant. | : : | |

I, Nicole R. Townes, declare and state as follows:

1.     I am a partner in the law firm of Knobbe, Martens, Olson & Bear, LLP, counsel of record for Plaintiff Sundesa, LLC d/b/a The BlenderBottle Company ("BlenderBottle") in this action.  I submit this Declaration Setting Forth BlenderBottle's Reasonable Attorneys' Fees and Costs pursuant to the Court's Order and Judgment; Permanent Injunction entered on August 25, 2020 [Dkt. No. 10].  The following statements are based on my personal knowledge unless otherwise indicated.

2.     Pursuant to this Court's Order on August 25, 2020, the Court entered judgment in favor of BlenderBottle on its claims of patent infringement and trade dress infringement as to its Bottle Trade Dress and determined that BlenderBottle is entitled to its reasonable attorneys' fees.

3.     BlenderBottle requests its reasonable attorneys' fees in the amount of $29,903 and costs in the amount of $562.80.

4.     The following table is an itemization of the amount of requested attorneys' fees organized generally by activity and with each activity shown by total time and cost as well as broken out by attorney time and paralegal time.

| Activity | Total Hours | Total Cost | $/Hr |
|---|---|---|---|
| *Complaint* | | | |
| Complaint (Knobbe attorney time) | 10.4 | $5,244.00 | $504.23 |
| Complaint (McCarter & English attorney time) | 4.4 | $1,914.00 | $435.00 |
| Complaint (Knobbe paralegal and clerk time) | .5 | $146.00 | $292.00 |

| Activity | Total Hours | Total Cost | $/Hr |
|---|---|---|---|
| *Service of Process* | | | |
| Service of Process (Knobbe attorney time) | .9 | $432.00 | $480.00 |
| Service of Process (McCarter & English attorney time) | 2.7 | $1,267.00 | $469.26 |
| Service of Process (Knobbe paralegal and clerk time) | .2 | $67.00 | $335.00 |
| *Request for Entry of Default Judgment* | | | |
| Request for Entry of Default  (Knobbe attorney time) | 2.9 | $2,012.50 | $516.03 |
| Request for Entry of Default  (McCarter & English attorney time) | 1.5 | $697.50 | $465.00 |
| Request for Entry of Default  (Knobbe paralegal and clerk time) | .1 | $15.00 | $150.00 |
| *Motion for Default Judgment* | | | |
| Motion for Default | 22.10 | $11,325.50 | $512.47 |

| Activity | Total Hours | Total Cost | $/Hr |
|---|---|---|---|
| Judgment (Knobbe attorney time) | | | |
| Motion for Default Judgment (McCarter & English attorney time) | 2.10 | $967.50 | $465.00 |
| *Application for Attorneys' Fees and Costs* | | | |
| Brief and Declaration for Attorneys' Fees and Costs (Knobbe attorney time) | 12.20 | $5,815.00 | $476.64 |
| ***Total Billed*** | 61 | $29,903.00 | $490.21 |

5.      The following table is an itemization of the requested costs for this action.

| Category | Cost | Invoice No. |
|---|---|---|
| Filing Fees for Complaint | $400.00 | McCarter & English Invoice No. 8305986 |
| Fees for Service of Process | $162.80 | McCarter & English Invoice Nos. 8310903 and 8315784 |
| Total Costs | $562.80 | |

6.      BlenderBottle's reasonable attorneys' fees in connection with this matter total $29,903.00.

7.      BlenderBottle's costs in connection with this matter total $562.80.

8.      A true and correct copy of the relevant portions of Knobbe Martens' Invoice No. 1481854, which reflects Knobbe attorneys' and paralegal fees and costs incurred by BlenderBottle in connection with the above captioned case is attached hereto as Exhibit A.

9.      A true and correct copy of the relevant portions of Knobbe Martens' Invoice No. 1497473, which reflects Knobbe attorneys' and paralegal fees and costs incurred by BlenderBottle in connection with the above captioned case is attached hereto as Exhibit B.

10.     A true and correct copy of the relevant portions of Knobbe Martens' Invoice No. 1510225, which reflects Knobbe attorneys' and paralegal fees and costs incurred by BlenderBottle in connection with the above captioned case is attached hereto as Exhibit C.

11.     A true and correct copy of the relevant portions of Knobbe Martens' Invoice No. 1519086, which reflects Knobbe attorneys' and paralegal fees and costs incurred by BlenderBottle in connection with the above captioned case is attached hereto as Exhibit D.

12.     A true and correct copy of the relevant portions of Knobbe Martens' Invoice No. 1528126, which reflects Knobbe attorneys' and paralegal fees and costs incurred by BlenderBottle in connection with the above captioned case is attached hereto as Exhibit E.

13.     A true and correct copy of the relevant portions of Knobbe Martens' Invoice No. 1535362, which reflects Knobbe attorneys' and paralegal fees and costs incurred by BlenderBottle in connection with the above captioned case is attached hereto as Exhibit F.

14.     A true and correct copy of relevant portions of an unbilled Knobbe Martens' invoice for July 2020, which reflects Knobbe attorneys' and paralegal fees and costs incurred by BlenderBottle in connection with the above captioned case is attached hereto as Exhibit G.

15.     A true and correct copy of relevant portions of an unbilled Knobbe Martens' invoice for August 2020, which reflects Knobbe attorneys' and paralegal fees and costs incurred by BlenderBottle in connection with the above captioned case is attached hereto as Exhibit H.

16.     A true and correct copy of relevant portions of an unbilled Knobbe Martens' billing report for September 2020, which reflects Knobbe attorneys' and paralegal fees incurred by BlenderBottle in connection with the above captioned case is attached hereto as Exhibit I.

17.     A true and correct copy of the relevant portions of McCarter & English's Invoice No. 8305986, which reflects McCarter & English attorneys' and paralegal fees and costs incurred by BlenderBottle in connection with the above captioned case is attached hereto as Exhibit J.

18.     A true and correct copy of the relevant portions of McCarter & English's Invoice No. 8310903, which reflects McCarter & English attorneys' and paralegal fees and costs incurred by BlenderBottle in connection with the above captioned case is attached hereto as Exhibit K.

19.     A true and correct copy of the relevant portions of McCarter & English's Invoice No. 8315784, which reflects McCarter & English attorneys' and paralegal fees and costs incurred by BlenderBottle in connection with the above captioned case is attached hereto as Exhibit L.

20.     A true and correct copy of the relevant portions of Invoice No. 8330554, which reflects McCarter & English attorneys' and paralegal fees and costs incurred by BlenderBottle in connection with the above captioned case is

attached hereto as Exhibit M.

21.     True and correct copies of excerpts from the 2019 Economic Survey of the American Intellectual Property Law Association are attached hereto as Exhibit N.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 8, 2020 in Irvine, California.

*[signature]*

Nicole R. Townes